IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

NORMAN CLAY GUTHRIE                                                                    PLAINTIFF

v.                                    Case No. 4:24-cv-4012

STATE OF ARKANSAS BOARD OF PAROLE                                      DEFENDANT

## ORDER

Before the Court is the Report and Recommendation filed March 18, 2024, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 5. Judge Bryant recommends that Plaintiff's complaint be dismissed without prejudice for failure to prosecute this case and failure to keep the Court informed of his current address.

No party has filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation (ECF No. 5) *in toto*. Accordingly, the Court finds that Plaintiff's complaint should be and hereby is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 22nd day of April, 2024.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge